Terence J. Clark (CA Bar No. 222315)
GREENBERG TRAURIG LLP
2350 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
E-Mail: ClarkT@GTLaw.com

Allan Z. Litovsky (CA Bar No. 183182)
GREENBERG TRAURIG LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
E-Mail: LitovskyA@GTLaw.com

Attorneys for Defendant and Counterclaimant
LINK NEW TECH, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| AKIRA AKAZAWA, an individual and PALM CREST, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LINK NEW TECH, INC., a California corporation,<br><br>Defendant.<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).<br><br>AND RELATED COUNTERCLAIMS | CASE NO. SACV 03-1474 JVS (MLGx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT LINK NEW TECH, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING LACK OF STANDING<br><br>[Hon. James V. Selna, Judge]<br><br>DATE: September 25, 2006<br>TIME: 1:30 p.m.<br>COURTROOM: 10C |

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED CLERK, U.S. DISTRICT COURT
OCT 27 2006
CENTRAL DISTRICT OF CALIFORNIA

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 30 2006
CENTRAL DISTRICT OF CALIFORNIA

1

1  The motion for summary judgment regarding lack of standing *is* of Defendants Link
2  New Tech, Inc. ("Link") *JVS* came on for hearing on September 25, 2006 before this Court,
3  the Honorable James V. Selna, United States District Court Judge, presiding. The Court
4  heard argument on the matter, and reviewed the moving, opposition and reply papers,
5  including all supporting papers submitted therewith, and considered only admissible and
6  competent supporting evidence and declarations.
7      IT IS HEREBY ORDERED that Defendant's motion be GRANTED.

10 DATED: _10.26.06_

HON. JAMES V. SELNA
U.S. DISTRICT COURT JUDGE

14 Respectfully Submitted By:
15 GREENBERG TRAURIG, LLP

17 By _____
    Allan Z. Litovsky
18 Attorney for Defendant and
19 Counterclaimant Link New Tech, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 650 Town Center Drive, Suite 1700, Costa Mesa, California 92626.

On **SEPTEMBER 1, 2006**, I served the **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT LINK NEW TECH, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING LACK OF STANDING** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

R. Joseph Trojan, Esq.
Dylan C. Dang, Esq.
Trojan Law Offices
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Tel: (310) 777-8399
Fax: (310) 777-8348

☒ **(BY MAIL)**
☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Costa Mesa, California in the ordinary course of business.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on **SEPTEMBER 1, 2006**, at Costa Mesa, California.

_Sherry A. Smith-Weissmann_