R. Joseph Trojan   CA Bar No. 137,067
(trojan@trojanlawoffices.com)
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348
**Attorneys for Plaintiffs,**
**Akira Akazawa and Palm Crest, Inc.**

Michael D. Paul
GUNN & LEE, P.C.
700 N St. Mary's Street
Suite 1500
San Antonio, TX 7820
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
**Attorneys for Defendant,**
**Link New Tech, Inc.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIRA AKAZAWA, an individual, and PALM CREST, INC., a California corporation,<br><br>    Plaintiffs,<br>v.<br><br>LINK NEW TECH, INC., a California corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. SACV 03-1474 JVS (MLGx)<br><br>**JOINT STATUS REPORT**<br><br>**Honorable James V. Selna**<br>411 W. Fourth Street<br>Santa Ana, CA 92701<br><br>**Courtroom: 10C**<br><br>**Date:  February 23, 2009**<br>**Time: 11:30 a.m.** |

Pursuant to the January 15, 2009 Order of the Court, Plaintiffs, Akira Akazawa and Palm Crest, Inc., and Defendants Link New Tech, Inc. hereby respectfully submit this Joint Status Report.

On March 31, 2008, the United States Court of Appeals for the Federal Circuit issued a decision vacating the grant of summary judgment that Akira Akazawa did not having standing to file the patent infringement suit at bar, and remanding the case for further determination on the interpretation of Japanese intestacy law as it applies to Akira Akazawa's standing.

In addition to the issue of standing still to be determined on remand, the parties' respective summary judgment motions on the merits of the claims and counterclaims remain pending. In September 2004, Defendant filed a motion for summary judgment for invalidity and non-infringement of the '716 patent. Plaintiffs filed two motions for summary judgment: one for infringement of the '716 patent and another for invalidity, unenforceability and non-infringement of the ' 580 patent. The parties filed respective oppositions but no replies have been filed.

//
//
//
//
//
//
//
//
//

Before this case proceeds further on these issues, Plaintiffs respectfully request a mandatory settlement conference. The Parties also request additional discovery with respect to the alleged infringing sales up to date. In addition, Defendant requests limited additional discovery to the extent it may be necessary to resolve the standing issue set forth by the Federal Circuit.

Respectfully submitted,

TROJAN LAW OFFICES

Feb. 11, 2009 /s/R. Joseph Trojan
R. Joseph Trojan
Attorney for Plaintiffs,
Akira Akazawa and Palm Crest, Inc.

GUNN & LEE P.C.

Feb. 11, 2009 /s/ Michael D. Paul
Michael D. Paul
Attorneys for Defendant
Link New Tech, Inc.