R. Joseph Trojan   CA Bar No. 137,067
(trojan@trojanlawoffices.com)
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348
**Attorneys for Plaintiffs,**
**Akira Akazawa and Palm Crest, Inc.**

Michael D. Paul
GUNN & LEE, P.C.
700 N St. Mary's Street
Suite 1500
San Antonio, TX 7820
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
**Attorneys for Defendant,**
**Link New Tech, Inc.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIRA AKAZAWA, an individual, and PALM CREST, INC., a California corporation,<br><br>    Plaintiffs,<br>v.<br><br>LINK NEW TECH, INC., a California corporation,<br><br>    Defendant,<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. SACV 03-1474 JVS (MLGx)<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>**Honorable James V. Selna**<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

IT IS HEREBY STIPULATED by Plaintiffs, Akira Akazawa and Palm Crest, Inc., and Defendant Link New Tech, Inc., through their respective counsel, pursuant to Local Rule 7-1, and subject to this Court's approval, to request that the hearing on the "standing issue" currently set for May 4, 2009 be taken off calendar and a scheduling order be entered as proposed below. This stipulation is made on the following grounds.

On March 31, 2008 the United States Court of Appeals for the Federal Circuit issued a decision vacating the grant of summary judgment that Akira Akazawa did not having standing to file the patent infringement suit at bar, and remanding the case for further determination on the interpretation of Japanese intestacy law as it applies to Akira Akazawa's standing.

Pursuant to the February 23, 2009 Order of this Court, the parties are to file simultaneous opening briefs on the "standing issue" by April 20, 2009 and simultaneous reply briefs no later than April 27, 2009, with a hearing set for May 4, 2009.

Defendant has conceded that ownership of the '716 patent transferred automatically to the Akazawa heirs under Japanese intestate law at the time of Yasumasa Akazawa's death, thereby obviating the need for the parties to spend any time and/or money briefing the issue. Since the issue is now moot, the parties respectfully request the Court to take the May 4, 2009 hearing on the "standing issue" off calendar.

In addition, the parties respectfully request the Court to enter the following scheduling order regarding supplemental fact discovery, re-opening of expert discovery, and the pending summary judgment motions[1].

| Events | Dates |
| --- | --- |
| Replies to Pending Summary Judgment Motions | June 15, 2009 |
| Hearing on Pending Summary Judgment Motions | July 13, 2009 |
| Supplemental Fact Discovery Cut-Off | July 1, 2009 |
| Designation of Experts (and Service of Expert Reports) | 60 Days After Court's Ruling on Summary Judgment Motions |
| Rebuttal Reports | 90 Days After Court's Ruling on Summary Judgment Motions |
| Expert Discovery Cut-Off | 120 Days After Court's Ruling on Summary Judgment Motions |

---

[1] In September 2004, Defendant filed a motion for summary judgment for invalidity and non-infringement of the '716 patent. Plaintiffs filed two motions for summary judgment: one for infringement of the '716 patent and another for invalidity, unenforceability and non-infringement of the ' 580 patent. The parties filed respective oppositions but no replies were filed.

**IT IS SO STIPULATED.**

                                    Respectfully submitted,

                                    TROJAN LAW OFFICES

April 15, 2009                  /s/R. Joseph Trojan
                                    R. Joseph Trojan
                                    Attorney for Plaintiffs,
                                    Akira Akazawa and Palm Crest, Inc.

                                    GUNN & LEE P.C.

April 15, 2009                  /s/Michael D. Paul
                                    Michael D. Paul
                                    Attorneys for Defendant
                                    Link New Tech, Inc.

**IT IS ORDERED** that the hearing set for May 4, 2009 is hereby taken off calendar, and the following scheduling order be entered:

| Events | Dates |
| --- | --- |
| Replies to Pending Summary Judgment Motions | June 15, 2009 |
| Hearing on Pending Summary Judgment Motions | July 13, 2009 |
| Supplemental Fact Discovery Cut-Off | July 1, 2009 |
| Designation of Experts (and Service of Expert Reports) | 60 Days After Court's Ruling on Summary Judgment Motions |
| Rebuttal Reports | 90 Days After Court's Ruling on Summary Judgment Motions |
| Expert Discovery Cut-Off | 120 Days After Court's Ruling on Summary Judgment Motions |

Dated: _____    _____
                                Hon. James V. Selna
                                United States District Court

Presented by:
R. Joseph Trojan
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

5