# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 03-1474-JVS (MLGx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | Akira Akazawa, et al. v. Link New Technology International, Inc. | | |

| Present: The Honorable | James V. Selna | | |
|---|---|---|---|
| Nancy K. Boehme | Sharon Seffens | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| R. Joseph Trojan | | Michael D. Paul | |

**Proceedings:**   1.  Defendants' Motion for Summary Judgment for Invalidity and Non-Infringement of the '716 Patent
2.  Plaintiffs' Motion for summary Judgment for Infringement of the '716 Patent
3.  Plaintiffs' Motion for Summary Judgment for Invalidity, Unenforceability and Non-Infringement of the '580 Patent

   Cause called and counsel make their appearances.   The Court's tentative ruling is issued. Counsel make their arguments.  The Court takes the above-referenced matter under submission.

0 : 05

Initials of Preparer   nkb