R. Joseph Trojan   CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

**Attorneys for Plaintiffs,**
**Akira Akazawa and Palm Crest, Inc.**

Michael D. Paul (*pro hac vice*, TX 24051171)
GUNN, LEE & CAVE, P.C.
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone:  (210) 886-9500
Facsimile:  (210) 886-9883

**Attorneys for Defendant and Counterclaimant**
**Link New Tech, Inc.**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIRA AKAZAWA, an individual, and PALM CREST, INC., a California corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>LINK NEW TECH, INC., a California corporation,<br><br>     Defendant. | CASE NO. SACV 03-1474 JVS (MLGx)<br><br>**Judgment**<br><br>**Hon. James V. Selna** |

LINK NEW TECH, INC., a
California corporation,

Counterclaimant,

v.

PALM CREST, INC., a California corporation,

Counterdefendant.

Plaintiffs, Akira Akazawa and Palm Crest, Inc. (collectively "Plaintiffs"), and Defendant Link New Tech, Inc. ("LNT"), by and through their undersigned counsel, hereby stipulate to the following facts and stipulate that it be ORDERED, ADJUDGED and DECREED:

1.    This Court has jurisdiction over the parties hereto and the subject matter hereof.

2.    Defendant LNT is the owner of U.S. Patent No. 6,523,580 ("the '580 Patent").

3.    Pursuant to the Court's Order of July 13, 2009, Defendant's Motion for Summary Judgment for Invalidity and Non-Infringement of U.S. Patent No. 5,615,716 ("the '716 Patent") is GRANTED with respect to non-infringement of the '716 Patent and DENIED in all other respects.

4.    Pursuant to the Court's Order of July 13, 2009, Plaintiffs' Motion for Summary Judgment for Infringement of the '716 Patent is DENIED.

5.    Pursuant to the Court's Order of July 13, 2009, Plaintiffs' Motion for Summary Judgment for Invalidity, Unenforceability and Non-Infringement of the '580 Patent is DENIED.

6.    Defendant LNT's counterclaim for infringement of the '580 Patent is

2

dismissed without prejudice.

WHEREFORE, final judgment is hereby entered in accordance with the terms above without costs or attorney fees being assessed against any party.

**IT IS SO ORDERED.**

Dated: October 29, 2009

_____
Hon. James V. Selna
United States District Court Judge